IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERB N. COLLINS AND
REBECCA W. COLLINS,
    Plaintiff(s),

vs.                            CIV-S-06-0123-LKK/GGH

CITY OF SACRAMENTO, et al.,

    Defendants.              ORDER
_____/

Plaintiffs' motion to compel discovery and for sanctions presently is calendared for hearing on August 10, 2006. By court order, the parties were directed to file a joint statement pursuant to E.D.Cal.L.R. 37-251 by August 3, 2006. The joint statement was not filed. Therefore, the matter is continued to August 24, 2006. The court will ascertain at hearing why the joint statement was not timely filed and which party bears the responsibility for that failure.

Accordingly, IT IS ORDERED that:

1. Plaintiffs' motion to compel discovery and for sanctions is continued from August 10, 2006 to August 24, 2006.

2. A joint statement shall be filed by August 17, 2006.

DATED: 8/4/06

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Collins0123.con.wpd

1