IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERB N. COLLINS and REBECCA WILLIAMS COLLINS,

      Plaintiffs,

  v.

CITY OF SACRAMENTO, et al.,

      Defendants.
_____/

UNITED STATES OF AMERICA,

      Plaintiffs,

  v.

CHARLES DOSSMAN, et al.

      Defendants.

2:06-CV-00123-LKK-GGH

NON-RELATED CASE ORDER

2:05-cr-00270 DFL

    A Notice of Related Cases was filed concerning the above captioned cases on August 11, 2006.  See Local Rule 83-123 (E.D. Cal. 2005).  On review of the cases, the court finds that the cases ought not be related or reassigned.  This order is

issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.  Therefore, they shall not be considered related.

   IT IS SO ORDERED.

DATED: 8/30/2006

_____
DAVID F. LEVI
United States District Judge