UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERB N. COLLINS and
REBECCA W. COLLINS,

      Plaintiffs,

  v.                                      NO. CIV. S-06-123 LKK/GGH

CITY OF SACRAMENTO, et al.,

      Defendants.
                                       /

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned,

////

////

////

////

////

1

1     IT IS HEREBY ORDERED that the undersigned recuses himself as
2 the judge to whom this case is assigned.
3 DATED: September 25, 2006.
4
5
6                                /s/Lawrence K. Karlton
                                 LAWRENCE K. KARLTON
7                                SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
8
    IT IS FURTHER ORDERED:
9
    1.   All currently scheduled dates in the above-captioned
10
 action are **VACATED**;
11
    2.   The Clerk of the Court reassign this case to another
12
judge for all further proceedings, making appropriate adjustments
13
in the assignments of civil cases to compensate for such
14
reassignment; and
15
    3.   This case is REASSIGNED to the Honorable
16
David F. Levi.
17
DATED: September 28, 2006.
18
19
20
                                 /s/ David F. Levi
21                               DAVID F. LEVI, CHIEF JUDGE
                                 UNITED STATES DISTRICT COURT
22
23
24
25
26
                                  2