IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERB N. COLLINS AND
REBECCA W. COLLINS,
    Plaintiff(s),

vs.                                             CIV-S-06-0123-LKK/GGH

CITY OF SACRAMENTO, et al.,

    Defendants.                      ORDER
_____/

       Plaintiffs' motion to compel discovery and for sanctions presently is calendared for hearing on November 2, 2006. By court order, the parties were directed to file a joint statement pursuant to E.D.Cal.L.R. 37-251 by October 26, 2006. The joint statement was not filed, and the moving party has filed no declaration regarding attempts to obtain a joint statement. Therefore, the matter is vacated from the calendar.

       Accordingly, IT IS ORDERED that plaintiffs' motion to compel discovery is vacated from the November 2, 2006 calendar.

DATED: 10/30/06                            /s/ Gregory G. Hollows
                                                         _____
                                                          GREGORY G. HOLLOWS
                                                          U. S. MAGISTRATE JUDGE

GGH:076:Collins0123.vac.wpd

1