IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERB N. COLLINS AND
REBECCA W. COLLINS,
      Plaintiff(s),

vs.                                          CIV-S-06-0123-LKK/GGH

CITY OF SACRAMENTO, et al.,

      Defendants.                    ORDER
_____/

        Previously pending on this court's law and motion calendar for November 9, 2006, was plaintiffs' motion to compel discovery. James Wilson appeared for the City of Sacramento and various defendants. Attorney for the moving party, Stewart Katz, made no appearance.

        This is the third motion to compel filed by plaintiffs which has not proceeded beyond the initial notice of motion. Plaintiffs previously filed a motion to compel for hearing on August 10, 2006, for which a joint statement pursuant to E.D.Cal.L.R. 37-251 was required. None was filed, so the court continued the hearing and told the parties it would ascertain at that time which party was responsible for the failure. Plaintiffs later withdrew their motion and the hearing was vacated. Plaintiffs noticed a second motion to compel for November 2, 2006, which was vacated by this court after the parties did not file a joint statement pursuant to order, and plaintiffs' counsel filed no declaration regarding attempts to obtain a joint statement. The instant

1

notice of motion was filed on October 16, 2006.  This notice of motion was not supported by any briefing, and a joint statement was not filed, despite plaintiffs' representation in their notice that they would file one three days prior to the hearing.

At the hearing, defense counsel stated that he did not know why plaintiffs' counsel did not appear, but that he had produced most of the sought discovery, and was in the process of responding to a few remaining requests.  As a result of plaintiffs' failure to appear at the hearing, their motion is vacated with prejudice from the calendar.

Due to plaintiffs' failure to follow through after repeatedly filing motions and causing an inordinate amount of work by this court, plaintiffs' counsel is now ordered to show cause why he should not be sanctioned $150 for failing to follow Local Rules and repeatedly wasting this court's time.

Accordingly, IT IS ORDERED that:

1. Plaintiffs' motion to compel discovery is vacated with prejudice from the November 9, 2006 calendar.

2. Plaintiffs' counsel shall show cause within ten days of this order why he should not be sanctioned $150 for his failure to follow the Local Rules.

DATED: 11/14/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
Collins0123.osc.wpd