IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERB N. COLLINS AND
REBECCA W. COLLINS,
    Plaintiff(s),

vs.                                                       CIV-S-06-0123-LKK/GGH

CITY OF SACRAMENTO, et al.,

    Defendants.                       ORDER

          On November 14, 2006, this court issued an order to show cause why plaintiffs' counsel should not be sanctioned for failure to follow the Local Rules. At that time, plaintiffs' motion to compel discovery was also vacated with prejudice from the November 9, 2006 calendar. On November 23, 2006, Stewart Katz responded to the order in a satisfactory manner. Therefore, the order to show cause will be discharged. The court will not, however, reconsider its prior order which vacated the discovery matter with prejudice.

          Accordingly, IT IS ORDERED that:

          1. The order to show cause, filed November 14, 2006, is discharged.

          2. Plaintiffs' counsel's request to reconsider its prior order precluding plaintiffs from bringing a discovery motion regarding matters raised in the November 9, 2006 motion is denied.

DATED: 12/5/06                                            /s/ Gregory G. Hollows

                                                                  GREGORY G. HOLLOWS
                                                                  U. S. MAGISTRATE JUDGE

GGH:076 - Collins0123.dsg.wpd