IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERB N. COLLINS AND
REBECCA W. COLLINS,
    Plaintiffs,

vs.                          CIV-S-06-0123 DFL GGH

CITY OF SACRAMENTO, et al.,

    Defendants.             ORDER

_____/

        Previously pending on this court's law and motion calendar for May 31, 2007, was plaintiffs' motion to compel defendants to answer deposition questions. The parties filed a joint statement. Stewart Katz appeared for plaintiffs. Kathleen Rogan appeared for defendants John Trefethen and Michelle Schrum, and Timothy McCaffery appeared for defendant Melvin Bell.

        For the reasons stated on the record at hearing, IT IS ORDERED that:

        1. Plaintiffs' motion to compel deposition testimony, filed May 9, 2007, is granted.

        2. Plaintiffs may conduct discovery on the issue of punitive damages from all defendants except defendants Frank Reyes and Patricia Cassidy.[1]

---

[1] The discovery cutoff of June 1, 2007, is not affected by this order.

1

1       3. Such discovery shall be produced pursuant to a stipulated protective order.

2 DATED: 6/11/07

3                                         /s/ Gregory G. Hollows

4                                         GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

5 GGH:076/Collins0123.dep.wpd

2