**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiffs
HERB N. COLLINS and REBECCA WILLIAMS COLLINS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERB N. COLLINS; REBECCA WILLIAMS COLLINS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF SACRAMENTO; Sacramento City Police Detective KEVIN PATTON (Badge #673); Sacramento City Police Officer (retired) JOHN TREFETHEN (Badge #3057); Sacramento City Police Officer MICHELLE SCHRUM (Badge #783); Sacramento City Police Officer FRANK REYES (Badge #736); Sacramento City Police Officer PAUL SCHINDLER (Badge #702); Sacramento City Police Clerk PATRICIA CASSIDY (Badge #6413); Sacramento City Police Detective JEFFREY BEEZLEY (Badge #0246); PATELCO CREDIT UNION; and MELVIN BELL,<br><br>　　　　Defendants.<br>_____/ | # 2:06-CV-00123-RRB-GGH<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

///
///
///

STIPULATION AND [PROPOSED] ORDER MODIFYING
PRETRIAL SCHEDULING ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com

1   COME NOW THE PARTIES by and through their respective parties and subject to
2   the approval of this Court, hereby stipulate and respectfully request the following
3   modifications and/or amendments to this Court's Minute Order of August 21, 2007
4   regarding the scheduling of this case:
5   • That the Final Pretrial Conference is reset from October 19, 2007 at 3:00pm
6   in Courtroom 9 to October 26, 2007 at 2:00pm in Courtroom 9.
7   • That the Joint Pretrial Statement remains due on or before October 12, 2007.
8   This calendaring modification is requested to accommodate family commitments
9   made by Plaintiffs' counsel prior to the August 21, 2007 Order.
10   This calendaring adjustment should have no effect on the trial date in this case.

12   Dated: September 17, 2007        CITY ATTORNEY'S OFFICE

14                                    By:/s/ Marcos A. Kropf
15                                        MARCOS A. KROPF
                                          Senior Deputy City Attorney
16                                        Attorney for Defendants,
                                          CITY OF SACRAMENTO, et al.

19   Dated: September 17, 2007        LAW OFFICE OF STEWART KATZ

21                                    By:/s/ Stewart Katz
22                                        STEWART KATZ
                                          Attorney for Plaintiffs
23                                        HERB COLLINS and
24                                        REBECCA WILLIAMS COLLINS

STIPULATION AND [PROPOSED] ORDER MODIFYING
PRETRIAL SCHEDULING ORDER

2

PDF created with pdfFactory trial version www.pdffactory.com

1 | **IT IS SO ORDERED.**

Dated: September 17, 2007

By:  /s/ Ralph R. Beistline
   The Honorable Ralph R. Beistline
   Judge of the U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com