1  **LAW OFFICE OF STEWART KATZ**
   STEWART KATZ, State Bar #127425
2  555 University Avenue, Suite 270
3  Sacramento, California 95825
   Telephone: (916) 444-5678
4

5  Attorney for Plaintiffs
   HERB N. COLLINS and REBECCA WILLIAMS COLLINS
6

7                  UNITED STATES DISTRICT COURT
8                  EASTERN DISTRICT OF CALIFORNIA
9

10 HERB N. COLLINS; REBECCA WILLIAMS         # 2:06-CV-00123-RRB-GGH
   COLLINS,
11
12         Plaintiffs,
13      vs.
14                                           **STIPULATION AND**
   CITY OF SACRAMENTO;                       **ORDER OF DISMISSAL**
15 Sacramento City Police Detective KEVIN PATTON   **THEREON**
16 (Badge #673); Sacramento City Police Officer
   (retired) JOHN TREFETHEN (Badge #3057);
17 Sacramento City Police Officer MICHELLE
18 SCHRUM  (Badge #783); Sacramento City Police
   Officer FRANK REYES (Badge #736); Sacramento
19 City Police Officer PAUL SCHINDLER (Badge
   #702); Sacramento City Police Clerk PATRICIA
20 CASSIDY (Badge #6413); Sacramento City Police
21 Detective JEFFREY BEEZLEY (Badge #0246);
   PATELCO CREDIT UNION; and MELVIN BELL,
22
23         Defendants.
24 _____/
25
26 ///
27 ///
28 ///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL THEREON          1

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED and agreed by and between Plaintiffs HERB COLLINS and REBECCA WILLIAMS COLLINS and Defendants PATELCO CREDIT UNION and MELVIN BELL, by and through their undersigned counsel, that any and all claims against Defendants PATELCO CREDIT UNION and MELVIN BELL, and those defendants **only**, be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party is to bear their own fees and costs.

Dated:  September 12, 2007          LAW OFFICE OF STEWART KATZ


                                    By:    /s/ Stewart Katz
                                           Stewart Katz, Attorney for Plaintiffs


Dated: September 12, 2007           LOMBARDI, LOPER & CONANT, LLP


                                    By:    /s/ Timothy J. McCaffery
                                           Timothy J. McCaffery
                                           Attorney for Defendants Patelco Credit Union
                                           and Melvin Bell


**ORDER**


**IT IS SO ORDERED.**


Dated:  September 17, 2007

                                           /s/ Ralph R. Beistline
                                           Honorable Ralph R. Beistline
                                           U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com