1  EILEEN M. TEICHERT, City Attorney (SBN 167027)
2  **MARCOS A. KROPF, Senior Deputy City Attorney, (SBN 180898)**
   CITY OF SACRAMENTO
3  915 I Street, Room 4010
   Sacramento, CA  95814-2604
4  Telephone:  (916) 808-5346
   Telecopier:  (916) 808-7455
5
6  Attorneys for Defendants

7  STEWART KATZ (SBN 127425)
   THE LAW OFFICES OF STEWART KATZ
8  555 University Ave #270
   Sacramento, CA 95825
9  Telephone:  (916) 927-5678
   Telecopier:  (916) 444-3364
10
11 Attorneys for the Plaintiffs

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15 HERB N. COLLINS; REBECCA            ) Case No.:  06-CV-00123-RRB-GGH
   WILLIAMS COLLINS,                   )
16                                     )
                                       ) **ORDER DIRECTING ENTRY OF**
17             Plaintiffs,             ) **SEPARATE JUDGMENT ON COURT'S**
                                       ) **ORDER OF OCTOBER 10, 2007 AND**
18      vs.                            ) **STAYING ACTION ON REMAINING**
                                       ) **CLAIMS PENDING OUTCOME OF APPEAL**
19 CITY OF SACRAMENTO; Sacramento      )
   City Police Detective KEVIN PATTON  )
20 (Badge #673); Sacramento City Police)
   Officer (retired) JOHN TREFETHEN    )
21 (Badge # 3057); Sacramento City Police)
   Officer MICHELLE SCHRUM (Badge #    )
22 783); Sacramento City Police Officer )
   FRANK REYES (Badge # 736);          )
23 Sacramento City Police Officer PAUL )
   SCHINDLER (Badge # 702); Sacramento )
24 City Police Clerk PATRICIA CASSIDY  )
   (Badge # 6413); and Sacramento City )
25 Police Detective JEFFREY BEEZLEY    )
   (Badge #0246),                      )
26                                     )
                                       )
27             Defendants.             )
   _____)
28

1

**PROPOSED ORDER DIRECTING ENTRY OF SEPARATE JUDGMENT ON COURT'S ORDER OF
OCTOBER 10, 2007 AND STAYING ACTION ON REMAINING CLAIMS PENDING OUTCOME OF APPEAL**

The parties to this action have requested that the Court enter a separate and final judgment, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, with respect to the Court's Order of October 10, 2007, so that Plaintiffs may immediately appeal the Court's Order. Additionally, the parties request that the Court stay this action pending the outcome of any such appeal. The Court has considered the parties stipulated request. Therefore:

**IT IS HEREBY ORDERED:**

1. This Court finds that there is no just reason for delay in the entry of a separate final appealable judgment with respect to the adjudicated claims disposed of in this Court's order of October 10, 2007; and

2. The Clerk is directed to enter a final judgment as to the claims adjudicated in this Court's Order of October 10, 2007 and Defendants are to recover their costs of suit from Plaintiffs as taxed by the Clerk.

**IT IS FURTHER ORDERED:**

3. This action is stayed and the currently scheduled trial date is vacated pending the outcome of any appeal of the claims for which a separate final judgment has been entered in accord with this Order; and

4. Taxation of costs as to the claims for which a separate final judgment has been entered in accord with the Order will be stayed pending the final disposition of this entire action.

DATED: November 14, 2007

                                            s/RALPH R. BEISTLINE
                                            U.S. DISTRICT COURT JUDGE