EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO, et al

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERB N. COLLINS; REBECCA WILLIAMS COLLINS<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY OF SACRAMENTO; Sacramento City Police Detective KEVIN PATTON (Badge #673); Sacramento City Police Officer (retired) JOHN TREFETHEN (Badge # 3057); Sacramento City Police Officer MICHELLE SCHRUM (Badge # 783); Sacramento City Police Officer FRANK REYES (Badge # 736); Sacramento City Police Officer PAUL SCHINDLER (Badge # 702); Sacramento City Police Clerk PATRICIA CASSIDY (Badge # 6413); and Sacramento City Police Detective JEFFREY BEEZLEY (Badge #0246)<br><br>            Defendants. | Case No.:  06-CV-00123-JAM-GGH<br><br>**JOINT STATUS REPORT (UPDATED) LOCAL RULE 16-240** |

      Plaintiffs HERB COLLINS and REBECCA WILLIAMS COLLINS and Defendants CITY OF SACRAMENTO, DET. PATTON, SGT. TREFETHEN, DET. SCHRUM, DET. SCHINDLER, PATRICIA CASSIDY and DET. BEEZLEY hereby submit the following updated Joint Status Report.

(a) <u>Name of Parties and Counsel:</u>

Plaintiffs are represented by Stewart Katz. Defendants CITY OF SACRAMENTO, DET. PATTON, SGT. TREFETHEN, DET. SCHRUM, DET. SCHINDLER, PATRICIA CASSIDY and DET. BEEZLEY are represented by the City Attorney, Sr. Deputy City Attorney Sheri M. Chapman appearing therefore.

All other Defendants named in the Amended Complaint have been dismissed.

(b) <u>Summary of Facts</u>

Plaintiffs have alleged claims for relief pursuant to 42 U.S.C. section 1983, including: unlawful search and seizure; unlawful seizure/false arrest; wrongful or malicious prosecution; excessive bail; unlawful taking of property; a violation of due process; and a <u>Monell</u> claim, against the CITY Defendants. In addition, Plaintiffs have alleged several claims pursuant to state law including: false arrest; false imprisonment; conversion; defamation; and negligence.

The CITY Defendants filed a motion for summary judgment or adjudication of all of the claims alleged in the Amended Complaint. The Court granted summary adjudication of many of the claims alleged in the Complaint and the Court's decision was recently affirmed by the Court of Appeals for the Ninth Circuit.

The remaining claims in this action include:

- Section 1983 unlawful search claim, only insofar as it pertains to the alleged damage to Plaintiff's property, as alleged against Defendants PATTON, SCHRUM and TREFETHEN;
- Section 1983 due process claim pertaining to seizure of Plaintiff's property, as alleged against the CITY, pursuant to <u>Monell</u>; and
- State tort law conversion claim pertaining to disposition of Plaintiff's property, as alleged against Defendants BEEZLEY, TREFETHEN, SCHINDLER, PATTON, CASSIDY and SCHRUM.

///
///

(c) <u>Service of Process</u>:

Defendants have been served and have answered.

(d) <u>Joinder of Additional Parties</u>:

The parties to not anticipate joining additional parties.

(e) <u>Amendment of Pleadings</u>:

The parties do not anticipate filing any amendments to the pleadings.

(f) <u>Jurisdiction and Venue</u>:

The Court has jurisdiction pursuant to 28 U.S.C sections 1331 and 1343, and venue is appropriate pursuant to 28 U.S.C. section 1391(b).

(g) <u>Anticipated Motions and Scheduling</u>:

The parties do not anticipate filing any additional motions, other than motions in limine.

(h) <u>Anticipated Discovery and Scheduling</u>:

The parties have completed discovery.

(i) <u>Scheduling of Future Proceedings</u>:

The parties participated in mediation before Hon. Raul Ramirez (Ret.) on October 7, 2009. As a result of mediation, the parties have reached a settlement contingent upon the approval of the proper settlement authority for the City and Herb Collins' lienholder accepting the proposed compromise. The parties request an additional 30 days to complete their settlement negotiations.

(j) <u>Appropriateness of Special Procedures</u>:

None.

(k) <u>Demand for Jury Trial</u>:

The parties have demanded a trial by jury.

(l) <u>Estimate of Trial Time</u>:

The parties estimate a trial of five days.

(m) <u>Modification of Standard Pretrial Procedures</u>:

None.

JOINT STATUS REPORT – (FED CRT)

116805

(n) <u>Related Cases:</u>

None.

(o) <u>Settlement:</u>

The parties do not stipulate to the trial judge acting as settlement judge.

(p) <u>Other Matters:</u>

None.

DATED: October 8, 2009

EILEEN M. TEICHERT,
City Attorney


By: <u>      /s/ Sheri M. Chapman      </u>
**SHERI M. CHAPMAN**
Senior Deputy City Attorney

Attorneys for Defendants
CITY OF SACRAMENTO, et al

DATED: October 8, 2009


<u>/s/ Stewart Katz                               </u>
**STEWART KATZ**

Attorney for Plaintiffs HERB COLLINS and
REBECCA WILLIAMS COLLINS