| | |
|---|---|
| 1 | **LAW OFFICE OF STEWART KATZ** |
| 2 | STEWART KATZ, State Bar #127425 |
|   | GUY DANILOWITZ, State Bar #257733 |
| 3 | 555 University Avenue, Suite 270 |
|   | Sacramento, California 95825 |
| 4 | Telephone: (916) 444-5678 |

Attorneys for Plaintiffs HERB N. COLLINS & REBECCA WILLIAMS COLLINS

EILEEN M. TEICHERT, City Attorney, State Bar #167027
SHERI M. CHAPMAN, Senior Deputy City Attorney, State Bar #215775
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346

Attorneys for Defendants CITY OF SACRAMENTO, et al

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERB N. COLLINS; REBECCA WILLIAMS COLLINS,<br><br>       Plaintiffs,<br><br>       vs.<br><br>CITY OF SACRAMENTO;<br>Sacramento City Police Detective KEVIN PATTON (Badge #673); Sacramento City Police Officer (retired) JOHN TREFETHEN (Badge #3057); Sacramento City Police Officer MICHELLE SCHRUM (Badge #783); Sacramento City Police Officer FRANK REYES (Badge #736); Sacramento City Police Officer PAUL SCHINDLER (Badge #702); Sacramento City Police Clerk PATRICIA CASSIDY (Badge #6413); Sacramento City Police Detective JEFFREY BEEZLEY (Badge #0246);<br><br>       Defendants.<br>_____/ | Case # 2:06-CV-00123-JAM-GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER [F.R.C.P. SECTION 41(a)(1)**<br><br>Complaint Filed: 1/18/2006 |

STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. SECTION 41(a)(1)]

1

PDF created with pdfFactory trial version www.pdffactory.com

1  It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the Plaintiffs HERB AND REBECCA COLLINS, by and through their attorney Stewart Katz, and Defendants CITY OF SACRAMENTO; Sacramento City Police Detective KEVIN PATTON (Badge #673); Sacramento City Police Officer (retired) JOHN TREFETHEN (Badge #3057); Sacramento City Police Officer MICHELLE SCHRUM (Badge #783); Sacramento City Police Officer FRANK REYES (Badge #736); Sacramento City Police Officer PAUL SCHINDLER (Badge #702); Sacramento City Police Clerk PATRICIA CASSIDY (Badge #6413); Sacramento City Police Detective JEFFREY BEEZLEY (Badge #0246), by and through their attorney Sheri Chapman, that the entire action is dismissed with prejudice forthwith. Each of those parties is to bear his own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED: December 16, 2009        LAW OFFICE OF STEWART KATZ

                                By:     /s/ Stewart Katz
                                        STEWART KATZ
                                        Attorneys for Plaintiffs HERB N. COLLINS
                                        & REBECCA WILLIAMS COLLINS

DATED: December 16, 2009        EILEEN M. TEICHERT, City Attorney

                                By:     /s/ Sheri Chapman
                                        SHERI M. CHAPMAN
                                        Senior Deputy City Attorney
                                        Attorney for Defendants CITY OF
                                        SACRAMENTO ET AL.

//
//
//
//

STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. SECTION 41(a)(1)]

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The parties having stipulated and good cause appearing therefore, IT IS SO ORDERED.

DATED: December 18, 2009

                          /s/ John A. Mendez
                          JOHN A. MENDEZ
                          UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. SECTION 41(a)(1)]

3

PDF created with pdfFactory trial version www.pdffactory.com